Charles H. Carpenter
Carpenter Law Firm plc
210 N. Higgins Ave Suite 336
Missoula MT 59802
(406) 543-0511 (voice)
carpentc@carpenterlawfirmplc.com

*Attorney for Defendant*
*Equifax Information Services LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

JOSEPH ROBINSON and JENNIFER ROBINSON,

      Plaintiffs,

  v.

EXPERIAN INFORMATION SOLUTIONS; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; ROCKY MOUNTAIN RCOVERY SYSTEMS, INC, and JOHN DOES 1-10,

      Defendants.

**Case No.** 9:25-cv-00012-KLD

DEFENDANT EQUIFAX INFORMATION SERVICES LLC SERVICING'S NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, Equifax Information Services LLC ("Equifax") makes the following disclosures:

    Equifax is a foreign Limited Liability Company.

    Equifax is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company on the NYSE, and is the sole parent of Equifax. No other entity

171767796v1

owns 10% or more of Equifax's stock.

          Respectfully submitted,

          /*s/ Charles H. Carpenter*
          *Attorney for Defendant*
          *Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this February 10, 2025, via the Court's CM/ECF system on all counsel of record.

/s/   *Charles H. Carpenter*

171767796v1