IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON,<br><br>   Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC; ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., and JOHN DOES 1-10.<br>   Defendants. | CV 25-12-M-KLD<br><br>**ORDER** |

   Defendant Experian Information Solutions moves for the admission of Angela M. Taylor to practice before this Court in this case with Thomas J. Leonard to act as local counsel.  Ms. Taylor's application appears to be in order.

   Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Angela M. Taylor pro hac vice is GRANTED on the condition that Ms. Taylor shall do her own work.  This means that Ms. Taylor must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Local counsel may move for

the admission pro hac vice of one (1) associate of Ms. Taylor's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Taylor.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Taylor, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 20th day of February, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge