Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
rfolsen@mswdlaw.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES LLC; ROCKY MOUNTAIN RECOVERY SYSTEMS, Inc.; and JOHN DOES 1-10,<br><br>Defendants. | Cause No.: 9:25-cv-00012-KLD<br><br><br>**NOTICE OF PRELIMINARY SETTLEMENTS WITH EQUIFAX AND EXPERIAN ONLY** |

COMES NOW Plaintiff, Joseph Robinson and Jennifer Robinson, through counsel, and provide notice that they have preliminarily settled their claims against both Experian Information Solutions and Equifax Information Services, LLC.

Plaintiffs will dismiss those claims upon the parties reaching mutually agreeable settlement language, and an exchange of funds.

Plaintiffs have not resolved their claims against Rocky Mountain Recovery Systems or TransUnion

DATED this 1st day of April, 2025.

By: /s/ Robert Farris-Olsen
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA PLLP

*Attorney for Plaintiffs*