Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
rfolsen@mswdlaw.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES LLC; ROCKY MOUNTAIN RECOVERY SYSTEMS, Inc.; and JOHN DOES 1-10,<br><br>Defendants. | Cause No.: 9:25-cv-00012-KLD<br><br>**STATUS REPORT** |

COMES NOW Plaintiffs, Joseph Robinson and Jennifer Robinson, through counsel, and submit this status report pursuant to the Court's May 13, 2025, order.

As of May 27, 2025, Plaintiff has resolved their claims against the three credit reporting agencies – Trans Union, Experian and Equifax. On April 22, 2025, this

1

Court dismissed the claims against Trans Union, and on April 29, 2025, this Court dismissed the claims against Experian. Since then, Plaintiffs have executed a settlement agreement and release with Equifax and anticipate filing a stipulation for dismissal in the near future. Plaintiffs have not received any information from Rocky Mountain Recovery System and anticipates obtaining a default judgment upon dismissing Equifax. The complaint was served on January 23, 2025, on Rocky Mountain Recovery Service, but no answer has been filed.

DATED this 27th day of May, 2025.

By: /s/ Robert Farris-Olsen
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA PLLP

*Attorney for Plaintiffs*