IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.; and JOHN DOES 1-10;<br><br>Defendants. | CV 25-12-M-KLD<br><br>ORDER |

Plaintiffs Joseph Robinson and Jennifer Robinson and Defendant Equifax Information Services LLC have filed a stipulation of dismissal with prejudice. (Doc. 30). The stipulation indicates that none of the other parties in this case oppose the requested dismissal. Accordingly,

IT IS ORDERED that all claims of Plaintiffs Joseph Robinson and Jennifer Robinson against Defendant Equifax Information Services LLC are dismissed with prejudice. Plaintiffs Joseph Robinson and Jennifer Robinson and Defendant Equifax Information Services LLC shall each bear their own costs and attorneys' fees.

DATED this 15th day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court