Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
rfolsen@mswdlaw.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON,<br><br>         Plaintiffs,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES LLC; ROCKY MOUNTAIN RECOVERY SYSTEMS, Inc.; and JOHN DOES 1-10,<br><br>         Defendants. | Cause No.: 9:25-cv-00012-KLD<br><br>**MOTION FOR DEFAULT** |

COMES NOW Plaintiffs, Joseph and Jennifer Robinson, through counsel and respectfully requests that this Court enter default against Rocky Mountain Recovery Systems, Inc. (RMRS) based on the following:

1. On January 17, 2025, Plaintiffs filed their Complaint against RMRS (ECF Doc. 1) The Complaint alleged various violations of the Fair Debt

1

Collections Act, 15 U.S.C. § 1692 et seq., and the Montana Consumer Protection Act, Mont. Code Ann. § 30-14-101 et seq. (ECF Doc. 1)

2. A summons was also issued on January 17, 2025, to RMRS via its Registered Agent, Ronald Beyer, 2950 Millice Ave, Billings, Montana. (ECF Doc. 2-2.)

3. On January 23, 2025, RMRS, via Ronald Beyer, was served with this suit. (ECF Doc. 19.)

4. Midland Group did not answer the suit within 21 days of service.

5. One March 5, 2025, the Proof of Service was filed (ECF Doc. 19)

6. To date, Defendant has failed to plead or otherwise defend this action, and Mr. Robinson is entitled to entry of default.

7. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendant for relief sought by Plaintiff in its complaint, and written notice of this action has been given to defendant as set forth in hereinabove.

8. Therefore, plaintiff respectfully requests that this Court enter a judgment of default against defendant

DATED this 1st day of August, 2025.

By: /s/ Robert Farris-Olsen.
    Robert Farris-Olsen
    Morrison Sherwood Wilson & Deola PLLP
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2025, a true copy of the foregoing document was served via US mail and email upon the following:

Ronald J. Beyer
2950 Millice Ave
Billings, MT 59102

*Registered Agent for RMRS*

Tammy Jo McNulty
101 Hastings Horseshoe
Powell, WY 82435

*Registered Mailing Address for RMRS*

By: _____
Amy Kirscher