UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON, | CV 25-12-M-DWM |
| Plaintiffs, | CLERK'S ENTRY OF DEFAULT |
| vs. | |
| ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., | |
| Defendant. | |

On August 1, 2025, Plaintiffs' counsel filed a Motion for Entry of Default against Defendant Rocky Mountain Recovery Systems, Inc. Defendant Rocky Mountain Recovery Systems, Inc. has failed to appear or answer Plaintiffs' Complaint within the time prescribed by law.

Defendant Rocky Mountain Recovery Systems, Inc. was duly served with a copy of the Summons and Complaint in this action on January 23, 2025. However, Defendant Rocky Mountain Recovery Systems, Inc. has failed to appear, plead, or otherwise defend within the time allowed, and therefore is now in default.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is hereby entered against Defendant Rocky Mountain Recovery Systems, Inc.

DATED this 4th day of August, 2025.

TYLER P. GILMAN, Clerk of Court

