IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKY MOUNTAIN RECOVERY SYSTEMS, INC.,<br><br>Defendant. | CV 25-12-M-DWM<br><br>ORDER |

Plaintiffs Joseph Robinson and Jennifer Robinson (the "Robinsons") have filed a motion for entry of a default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b)(2). (Doc. 32.) While the Robinsons' Complaint generally states the damages requested, (*see* Doc. 1), their motion for default judgment does not identify a specific damages amount. A complaint's factual allegations relating to the amount of damages are not taken as true on default. *Geddes v. United Fin. Grp.*, 559 F.2d 557, 560 (9th Cir. 1977). A plaintiff seeking default judgment must present "an evidentiary basis for the damages sought." *Cement & Concrete Workers Dist. Council Welfare Fund v. Metro Found. Contrs. Inc.*, 699 F.3d 230, 234 (2d Cir. 2012). Further evidence is therefore required before the Robinsons' request can be reduced to judgment.

1

Accordingly, IT IS ORDERED:

(1) On or before August 25, 2025, the Robinsons must file a detailed declaration with supporting documentation to show how they have calculated their proposed damages. By that date, the Robinsons must also file a short brief applying the factors outlined in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), to this case.

(2) An evidentiary hearing on damages is set for September 25, 2025, at 11:00 a.m. at the Russell Smith Federal Courthouse in Missoula, Montana. The hearing will be limited to 30 minutes. The hearing will be vacated if the Court determines that the documentary evidence provides a sufficient basis to grant the requested relief. *See Davis v. Fendler*, 650 F.2d 1154, 1161–62 (9th Cir. 1981) (affirming default judgment with damages assessed based on documentary evidence).

DATED this 11th day of August, 2025.

_____
Donald W. Molloy, District Judge
United States District Court