Daniel B. Wilkerson, WSB 7-6415
Wilkerson Law Group
PO Box 607
Gillette, WY 82717
(307) 686-6347 Phone
(307) 687-0217 Facsimile
infowy@wilkersonlawgroup.com
Attorney for Defendant Rocky Mountain Recovery Systems, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| Joseph Robinson and Jennifer Robinson, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Experian Information Solutions; Transunion LLC; ) | |
| Equifax Information Services LLC; ) | |
| Rocky Mountain Recovery Systems, Inc. ) | Case No. 25-12-M-DWM |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Daniel B. Wilkerson hereby enters his appearance as attorney of record for Defendant Rocky Mountain Recovery Systems, Inc.

DATED August 12, 2025.

                                               */s/ Daniel B. Wilkerson*_____
                                               Daniel B. Wilkerson, Bar No. 7-6415

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have electronically filed the foregoing with the Clerk of Court and the foregoing was served August 12, 2025, the by following means:

| | |
|---|---|
| Robert M. Farris-Olsen<br>Morrison, Sherwood, Wilson & Deola<br>rfolsen@mswdlaw.com | [X] EMAIL |

                     */s/ Jennifer M. Hieb*
                     Jennifer M. Hieb, Paralegal
                     Wilkerson Law Group