IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH ROBINSON and JENNIFER ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> ROCKY MOUNTAIN RECOVERY SYSTEMS, INC., <br><br> Defendant. | CV 25-12-M-DWM <br><br><br> ORDER |

Plaintiffs Joseph and Jennifer Robinson and Defendant Rocky Mountain Recovery Systems, Inc., being the only parties remaining in the case and having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 25th day of September, 2025.

Donald W. Molloy, District Judge
United States District Court